ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**MEMO ENDORSED**

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

February 7, 2022

**VIA ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/22

Re:   United States v. Myung Soon Choi
      16 Cr. 405 (LAK)

Dear Judge Kaplan:

    I represented Ms. Myung Soon Choi in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 14.4 hours, nunc pro tunc to January 10, 2020, assisting me in this matter. Much of that time involved communication with the interpreter and client, emails with probation, pre-trial and the government, a pre-sentence interview and work on the sentencing submission. None of Ms. Perillo's work was duplicative.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $110.00 for associate time spent representing Ms. Choi in this matter.  Thank you very much.

Sincerely,

*Jeremy Schneider*

Jeremy Schneider

JS/sc

Granted

**SO ORDERED**

LEWIS A. KAPLAN, USDJ